**Order filed September 3, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00417-CV

_____

### JENNIFER MITCHELL AND TCSM, LLC, Appellants

### V.

### TURBINE RESOURCES UNLIMITED, INC. AND TOM GEORGE & INTERNATIONAL A., INC., Appellees

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 321010061**

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the 61st District Court informed this court that appellant had not made arrangements for payment for the reporter's record. On May 15, 2015, the clerk of this court notified appellants that we would consider and decide those issues that do not require a reporter's record unless appellants, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellants filed no reply.

Accordingly, we order appellants to file a brief in this appeal within twenty days of the date of this order. If appellants fail to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM